**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**MICHELLE GUTHRIE,**

Case No.: 1:23-cv-0238

Plaintiff,

vs.

**BOBBY MCCALLUM, SHERIFF, LEVY COUNTY FLORIDA,** in his Official Capacity,
and Levy County Sheriff Deputies
**CORPORAL CHASE GREGORY; SERGEANT KEVIN KINIK; DEPUTY THEODORE MILLER; DEPUTY JACK MORRIS; LIEUTENANT MICHAEL NARAYAN and DEPUTY KARLI SMITH,**
each in their Individual Capacities,

Defendants.
_______________________________/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, Michelle Guthrie, by and through the undersigned attorneys, and pursuant to Local Rule 16.2(A)(1), Rules of the Northern District of Florida, comes now and hereby gives notice to the Court that the parties have settled / resolved all disputes at issue in this case. Said settlement will be reduced to the appropriate writing and, after same, the parties will jointly move to dismiss this case, with prejudice, as to all Defendants.

Respectfully submitted

**ALL FLORIDA JUSTICE, LLC**

**Donald E. Pinaud, Jr.**
Trial / Lead Counsel
Fla. Bar No.: 111694
4530 St. Johns Avenue
Suite 15-202
Jacksonville, Florida 32210
(904)552-5500
(904)467-3500 - Fax
AllFloridaJustice.com
Don@AFJ.law
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I filed a true and correct copy of the 23 day of August, 2024, which system will send copies via email to all parties of record.

**ALL FLORIDA JUSTICE, LLC**

**Donald E. Pinaud, Jr.**
Trial / Lead Counsel
Fla. Bar No.: 111694
4530 St. Johns Avenue
Suite 15-202
Jacksonville, Florida 32210
(904)552-5500
(904)467-3500 - Fax
AllFloridaJustice.com
Don@AFJ.law
Attorneys for Plaintiff